In the Matter of the Claim of GEORGE WEYDMAN, Respondent, against NIAGARA BOILER WORKS, Respondent, and NEW AMSTERDAM CASUALTY COMPANY, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

(Argued March 5, 1934; decided March 20, 1934.)

*Esmond D. Murphy* for appellant.

*Vincent J. Loughlin* for Niagara Boiler Works, respondent.

*John J. Bennett, Jr., Attorney-General (John R. O'Hanlon* of counsel), for State Industrial Board, respondent.

Order affirmed, with one bill of costs against appellant; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.